13CR60267-WPD

I come before the P.O. for the Southern District of Florida objecting from this case and to respectfully request that the Public Safety Factor be removed from my record/file.

Back in 2013 I was dealing with a girl at the time was supposed to be 23 and attending Palm Beach Community College (PBCC). While I was in Broward County Jail, a detecttive came to see me and started asking me questions about her. Me knowing I hadn't done anything wrong, I answered all the questions with honesty. After I was done he told me she was 15, as if that wasn't bad enough, she told the detective that she only saw me one time. But during that one time I allegedly put a gun to her head, kidnapped her, took her to my house, raped her and brought her back, and told her that if she told the police I would kill her. So a warrant for my arrest was issued.

While serving my federal time, in 2015, I went back to court on that charge to get it dropped. I was given a public defender by the name of Summer Barnes. From the gate I told her I was ready to go to trial so I could get back to prison to deal with my motions in federal court, but my lawyer had other plans.

While in Palm Beach County Jail the detectives went back to interview her again. When asked about the allegations, she responded by saying: "Oh that? That was a lie, the whole thing was a lie, I only made the story up cause I thought my dad was gonna kill me. How's he doing?"

Instead of going to trial my lawyer made me take a plea for a lesser charge,"Battery Of A Child." She also told me that there wouldn't be a retraining order against me, I wouldn't have probation, and I would not have to register as a sex offender. So I took the plea offer and was sentenced to 588 days to run concurrent with the federal time. After that time expired my case manger came to me with papers saying I got to register as a sex offender when I am released. I did not understand what was going on so I wrote to the court, they responded by saying they didn't have me as a sex offender. I then called the District Attorney's

Office, they don't have me as it either. Finally I was told it's my Probation Officer who prepared the case (Tracey L. Webb), I gotta write to in order to have it removed. When she prepared the case, she went with what the girl had originally said. But after I went back to court and she told them everything was a lie, my P.O. never changed anything. Even to this day, if you look me up, it will say I "raped" someone. At the plea hearing even the prosecutor stood in the court and said the girl lied about the whole thing. They even have her on video saying, she only blamed the pregnancy on me because she knew I was already incarcerated.

So with all do respect can you please see it your heart that it is necessary to have the Public Safety Factor removed from my record/file. Having it on there is causing me to be incarcerated longer than I should be. I should've been home months ago, but the halfway house has denied me for having the PSF on my record/file.

I ask to please be helped in removing the PSF from my record so that I may finally go home and start my re-integration into society.

I thank you in advance for your attention with respect to this matter.

Respectfully,

2

Jean Cazy 04175-104
Yazoo City
P.O. Box 5000
Yazoo City, MS 39194

JACKSON MS 390
3 MAY 2025 PM 3 L

— LEGAL MAIL —

Honorable William P. Dimitrouleas
U.S Probation Office
299 East Broward Blvd
Fort Lauderdale FL, Suite 409
33301

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 5-2-21 THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened or inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.