UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 13-60267-CR-DIMITROULEAS

    Plaintiff,

vs.

JEAN CAZY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's *pro se* May 3, 2025 letter[1] asking to Correct or Amend PSIR or Bureau of Prisons records [DE-394], and the Court having reviewed the Court file and Pre-Sentence Investigation Report (PSIR) and having presided over this cause, finds as follows:

1. On October 24, 2013, Cazy was indicted and charged with seven felonies. [DE-38].

2. On April 29, 2014, Cazy was found guilty on six counts [DE-140].

3. The PSIR [DE-190] found that he had been arrested on December 6, 2013 and charged with Lewd or Lascivious; Battery of a Child. The case was listed as still pending. (para. 30 of PSIR). That information was accurate at the time of sentencing.

4. On April 29, 2014 the Court sentenced Cazy to 248 months. [DE-195].

5. On July 14, 2025, the Eleventh Circuit affirmed. [DE-272]. *U.S. v. Cazy,* 618 Fed. Appx. 569 (11th Cir. 2015).

6. On December 16, 2015, the Court reduced Cazy's sentence to 211 months [DE-281].

7. On January 17, 2025, President Biden granted Cazy clemency. His sentence will expire on July 16, 2025. [DE-394].

---

[1] The letter was received on May 13, 2025. It is unclear whether Cazy is seeking relief from this Court or some other entity.

8. Cazy complains that a prison classification is affecting his release. Cazy is not housed in this district; the Court lacks jurisdiction over this request.

Wherefore, Cazy's letter to Correct or Amend PSIR/Bureau of Prison's records [DE-394] is Dismissed.

The Clerk shall mail a copy of this order to Cazy.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of May, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Alicia Shick, AUSA

Jean Cazy, #01475-104
FCI Yazoo City
Inmate Mails
PO Box 5000
Yazoo City, MS  39194